UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PRG GROUP, LLC,**

    **Plaintiff,**

v.                                                                                               Case No.  **8:07-cv-1353-T-30EAJ**

**PAYLESS CAR RENTAL SYSTEM,
INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss Plaintiff's Complaint On the Basis of Colorado River Abstention Doctrine and Improper Venue (Dkt. #5), Declaration in support of motion to dismiss (Dkt. #6), Plaintiff's Memorandum in Opposition to motion to dismiss (Dkt. #11), Order (Dkt. #21), Plaintiff's Response pursuant to Order (Dkt. #30), and Defendants' Reply to Plaintiff's Response (Dkt. #33). The Court, having considered argument of counsel, the motion, declarations, exhibits, and being otherwise advised in the premises, concludes that Defendants' motion should be granted in part and denied in part as stated herein.

After comparing the allegations in the Complaint (Dkt. #1) filed herein with the complaint filed in Fulton County, Georgia, it is apparent that both actions rest on a common nucleus of facts, allege breaches of the same interrelated agreements arising from the same transaction, and involve substantially the same parties seeking substantially the same

remedies. Further, it appears that this jurisdiction and venue of this matter would be proper in Fulton County, Georgia as well as the Middle District of Florida. After ruling that these actions should be litigated in the same Court, the Court gave the parties a choice of venue. The parties consented to try both actions together in Fulton County. Georgia. Accordingly, in order to avoid the duplication of judicial resources as well as piecemeal litigation, the Court concludes that this matter should be dismissed without prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss Plaintiff's Complaint On the Basis of Colorado River Abstention Doctrine and Improper Venue (Dkt. #5) is **GRANTED IN PART AND DENIED IN PART** as stated herein.

2. The Clerk is directed to **CLOSE** this matter and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 20, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1353 mtd 5.frm